WDPA CRTM (2/01)

**CRIMINAL TRIAL MEMORANDUM**

# UNITED STATES DISTRICT COURT
### FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs

RICHARD BOGGS

Mag. No. 10-226M

Time for Selection: Begins: _____

Ends: _____

Date: _____

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|-----|---------------|-----|---------------|
| 1 | | 20 | |
| 2 | | 21 | |
| 3 | | 22 | |
| 4 | | 23 | |
| 5 | | 24 | |
| 6 | | 25 | |
| 7 | | 26 | |
| 8 | | 27 | |
| 9 | | 28 | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

NON-JURY

**ALTERNATE JURORS**

| | | | |
|-----|---------------|-----|---------------|
| 1 | | 6 | |
| 2 | | 7 | |
| 3 | | 8 | |
| 4 | | | |
| 5 | | | |

WDPA CRTM-2 (2/01)

| WITNESSES | | | |
|---|---|---|---|
| Criminal Number - ~~CR~~   Mag 10- 226 M | | Caption - U.S.A. v.  BOGGS | |
| U.S.A | | DEFENDANT | |
| 1) | JAMES ASHBACHER | 1) | CONNIE ACOSTA |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**CLERK'S MEMORANDUM**

| | | | | |
|---|---|---|---|---|
| Criminal Number | Mag No 10-226M | | Case closed | 20___ |
| Caption | U.S.A. v. BOGGS | | ~~Judge Charges Jury~~ | 20___ |
| Before Judge | LISA PUPO LENIHAN | | ~~Jury Retires~~ | 20___ |
| Appears for U.S.A. | Michael Comber | | ~~Verdict~~ | 20___ |
| Appears for Deft. | Akin Adepoju  Elisa Long | | | |

| | | | | |
|---|---|---|---|---|
| U.S.A. opens | 6-11 | 20 10 | ~~Bailiff in Charge/Law Clerk~~ | |
| U.S.A. rest | 6-11 | 20 10 | Court Reporter | Shirley Hall |
| U.S.A. close | 6-11 | 20 10 | Deputy Clerk | Michael Banas |
| Deft. opens | 6-11 | 20 10 | | |
| Deft. rest | 6-11 | 20 10 | | |
| Deft. close | 6-11 | 20 10 | | |

**TRIAL MEMORANDUM**

**Dates of Trial**

| | | |
|---|---|---|
| Trial Opens | 6 11 | 20 10 |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Trial closed | 6/11 | 20 10 |
| Verdict | | 20___ |

WDPA CRTM-3 (02/01)